# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| HDI GLOBAL SPECIALTY SE, f/k/a International Insurance Company of Hannover SE, <br><br>   Plaintiff, <br><br> VS. <br><br> PF HOLDINGS, LLC, SCHOOLHOUSE ROAD ESTATES, INC., RALSTON GA, LLC, PF RALSTON, LLC, PHILIP HADLEY, and JENNIFER GLAUBIUS, <br><br>   Defendants | Civil Action File No.: 4:20-cv-00103-CDL |

## PLAINTIFF HDI GLOBAL SPECIALTY SE'S
## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Plaintiff HDI GLOBAL SPECIALTY SE, f/k/a International Insurance Company of Hannover SE ("HDI") submits this disclosure statement pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Rule 87.1.  HDI states HDI is a German company jointly owned by Hannover Re and HDI Global SE with 50.2% of its shares being held by HDI Global Specialty Holding GmbH, a wholly owned subsidiary of HDI Global SE, and with 49.8% of shares being held by Hannover Re.  Hannover Re SE is a publicly traded German reinsurance company headquartered in Hannover and majority-owned by Talanx AG (50.2%).  HDI Global SE's parent company, Talanx AG, is traded on the German stock exchange.  HDI does not have any subsidiaries.

2

    Respectfully submitted this 14th day of May, 2020.

                                                  **FIELDS HOWELL LLP**

| | |
|---|---|
| 1180 West Peachtree Street, NE | */s/ Paul L. Fields, Jr.* |
| Suite 1600 | Paul L. Fields, Jr. |
| Atlanta, GA 30309 | Georgia Bar No: 003420 |
| Telephone:   (404) 214-1250 | Kamber S. Burke |
| Facsimile:    (404) 214-1251 | Georgia Bar No.: 787321 |
| Email:         pfields@fieldshowell.com | |
|                 kburke@fieldshowell.com | *Attorneys for Plaintiff* |