# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| HDI GLOBAL SPECIALTY SE, f/k/a International Insurance Company of Hannover SE, ) ) ) ) Plaintiff/Counter-Defendant ) ) VS. ) ) PF HOLDINGS, LLC, SCHOOLHOUSE ROAD ESTATES, INC., RALSTON GA, LLC, PF RALSTON, LLC, PHILIP HADLEY, and JENNIFER GLAUBIUS, ) ) ) ) ) ) Defendants/Counter-Plaintiffs ) ) VS. ) ) HDI GLOBAL SPECIALTY SE, f/k/a International Insurance Company of Hannover SE, and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, ) ) ) ) ) ) ) Counter-Defendants ) | Civil Action No. 4:20-cv-00103-CDL<br><br>**JURY TRIAL DEMANDED** |

## CORPORATE DISCLOSURE STATEMENT OF PF HOLDINGS, LLC

Defendant/Counter-Plaintiff PF Holdings, LLC being a non-governmental corporate party, by and through its undersigned counsel, hereby submits its Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 87, and states as follows:

PF Holdings, LLC is not a publicly held or traded corporation and no publicly held company owns more than 10% of its stock. Further, PF Holdings, LLC has no parent or subsidiary corporation.

Respectfully submitted, this 25th day of August, 2020.

**CRAWFORD AND BROWN LAW FIRM LLP**

| | |
|---|---|
| Post Office Box 1118 | */s/ Jason L. Crawford* |
| Columbus, GA 31902 | Georgia Bar No. 193752 |
| 706.320.9646 Phone | jason@crawfordandbrown.com |
| 706.494.0221 Fax | Dustin T. Brown |
| | Georgia Bar No. 086998 |
| | dustin@crawfordandbrown.com |

*Attorneys for Defendants/Counterclaim Plaintiffs PF Ralston, PF Holdings, Ralston GA, and Schoolhouse Road Estates, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

>Paul L. Fields, Jr.
>1180 West Peachtree Street
>Suite 1600
>Atlanta, GA 30309
>pfields@fieldshowell.com

This 25th day of August 2020.

**CRAWFORD AND BROWN LAW FIRM LLP**

Post Office Box 1118
Columbus, GA 31902
706.320.9646 Phone
706.494.0221 Fax

*/s/ Jason L. Crawford*
Georgia Bar No. 193752
jason@crawfordandbrown.com
Dustin T. Brown
Georgia Bar No. 086998
dustin@crawfordandbrown.com

*Attorneys for Defendants/Counterclaim Plaintiffs PF Ralston, PF Holdings, Ralston GA, and Schoolhouse Road Estates, Inc.*