IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| HDI GLOBAL SPECIALITY SE, | * |
|     Plaintiff, Counter-Defendant, | * |
| v. | Case No. 4:20-cv-103 (CDL) |
| | * |
| PF HOLDINGS, LLC, *et al.*, | * |
|     Defendants/Counter-Plaintiffs/Third-Party-Plaintiffs, | * |
| | * |
| v. | * |
| HDI GLOBAL SPECIALTY SE and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBUGH, PA, | * |
| | * |
|     Counter-Defendants/Third-Party Defendants. | * |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated May 18, 2022, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff and Counterclaim Defendant HDI Global Specialty SE and Third-Party Defendant National Union Fire Insurance Company. Plaintiff and Counterclaim Defendant HDI Global Specialty SE and Third-Party Defendant National Union Fire Insurance Company shall also recover costs of this action.

This 18th day of May 2022.

                                          David W. Bunt, Clerk

                                          s/ Timothy L. Frost, Deputy Clerk