# In the United States Court of Appeals

## For the Eleventh Circuit

_____

No. 22-12146

_____

HDI GLOBAL SPECIALTY SE,
f.k.a. International Insurance Company
of Hannover SE,

       Plaintiff-Counter Defendant-Appellee,

versus

PF HOLDINGS LLC,
SCHOOLHOUSE ROAD ESTATESINC,
RALSTON GA LLC,
PF RALSTON LLC,
JENNIFER GLAUBIUS, et al.,

       Defendants-Counter Claimants
       Third Party Plaintiffs-Appellants,

_____

Case 4:20-cv-00103-CDL   Document 102   Filed 10/19/23   Page 2 of 2
USCA11 Case: 22-12146   Document: 65-2   Date Filed: 10/19/2023   Page: 2 of 2

2                                                                22-12146

Appeal from the United States District Court
for the Middle District of Georgia
D.C. Docket No. 4:20-cv-00103-CDL

───────────────────

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: September 20, 2023

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE: October 19, 2023